IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Crim. No. 11-2267 MEM |
| | * |
| MOHD ABU-JAMOUS | * |

*****oOo*****

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

Now comes the United States of America by its attorneys, Rod J. Rosenstein, United States Attorney, and Philip S. Jackson, Assistant United States Attorney, and says as follows.

1. On May 27, 2011, the Honorable Mildred Methvin, visiting U.S. Magistrate Judge for the District of Maryland, signed a criminal complaint in the above-captioned matter, whereby the Defendant was charged with a narcotics charge in violation of 21 U.S.C. §841. Judge Methvin also issued a warrant for the Defendant's arrest. The complaint and its affidavit were ordered sealed pending the Defendant's arrest.

2. The Defendant was subsequently arrested in the Eastern District of Virginia, and the criminal complaint and its supporting affidavit were unsealed.

3. However, according to the Clerk's Office, in order to electronically file other papers under this case number, the entire case file must be ordered unsealed.

Accordingly, the Government now moves this Court to unseal the entire case file in the above-captioned matter.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Philip S. Jackson
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800