Case 1:11-cr-00618-CCB   Document 19   Filed 11/16/11   Page 1 of ...

FILED ____ ENTERED
____ RECEIVED
NOV 1 6 2011
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Psj:2011R00429

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Crim. No. CCB-11-0618 |
| v. | * | (Introduction Of Misbranded Drug Into Interstate Commerce, 21 U.S.C. §331(a)) |
| MOHD ABU-JAMOUS | * | |

****oOo****

## INDICTMENT

## COUNT ONE

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The United States Food and Drug Administration ("FDA") was the federal agency with the United States Department of Health and Human Services ("DHHS") charged with the responsibility for protecting the health and safety of the American public by ensuring that drugs were safe and effective and properly labeled for their intended uses before they could be legally marketed in interstate commerce. In order to legally market a drug in interstate commerce, the drug's manufacturer and re-packager were required to comply with all applicable provisions of the Federal Food, Drug and Cosmetic Act, (the "Act"), 21 U.S.C. §321, *et seq.*, and its implementing regulations.

2. The Act prohibited the introduction and causing the introduction or delivery for introduction, into interstate commerce of misbranded drugs. 21 U.S.C. §321(a).

3. The Act defined a drug to include articles (other than food) intended to affect the structure or any function of the body of man or other animals. 21 U.S.C. §321(g).

4. Under the Act, a drug was deemed to be misbranded if its labeling was false or misleading in any particular. 21 U.S.C. §352(a).

5. Defendant Mohd Abu-Jamous was doing business through a website located at www.spice99.com , and through that website sold and distributed a variety of products including a product labeled "Spice 99", which by its labeling purported to be incense.

6. Defendant Mohd Abu-Jamous used a warehouse located in New Market, Maryland for the purpose of manufacturing, packaging, and distributing "Spice 99".

7. The active ingredients in "Spice 99" affected the structure or function of the body of man or other animals

## THE CHARGE

8. Beginning on or about April 1, 2011 and continuing until at least May 3, 2011 in the District of Maryland and elsewhere, the Defendant,

MOHD ABU-JAMOUS

aided and abetted by others, did with intent to defraud and mislead, introduce and deliver for introduction into interstate commerce and cause to be introduced and delivered for introduction into interstate commerce "Spice 99", which drug was misbranded within the meaning of 21 U.S.C. § 352(a), in that its labeling was false or misleading, in violation of 21U.S.C. §§331(a) and 333(a)(1) and 18 U.S.C. §2.

Rod J. Rosenstein
United States Attorney for the District of Maryland

A TRUE BILL,

**SIGNATURE REDACTED**

FOREPERSON                    DATE 11/16/2011