# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

October 12, 2012

MEMORANDUM TO COUNSEL RE:   *USA v. Mohd Abu-Jamous,*
Criminal No. CCB-11-0618

Dear Counsel:

This will confirm the results of our conference call October 10, 2012.

No later than **October 19, 2012**, a status report is due from counsel advising whether the case can be resolved, and requesting a date for rearraignment. If it cannot be resolved, counsel should request a conference call to set a motions hearing and trial date.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge