IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL NO. CCB-11-618 |
| | : | |
| MOHD ABU-JAMOUS | : | |

## **ORDER**

The government's response to the defendant's motion to dismiss (ECF No. 23) is due **November 16, 2012**.

**So Ordered** this 26th day of October, 2012.

_____
Catherine C. Blake
United States District Judge