IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

v.                            *    Criminal No:
                                   11-0618
MOHD ABUJAMOUS                *

                              *

\*   *   *   *   *   *   *   *   *   *   *   *

### ORDER TO DISMISS INDICTMENT

Upon consideration of Defendant's Motion To Dismiss Indictment With Prejudice, *which has not been opposed* it is thereupon this _26_ day of _November_ 2012, by the United States District Court For The Northern District of Maryland,

ORDERED that Criminal No. 11-0618 be and is hereby dismissed with prejudice.

_____ USDJ
UNITED STATES ~~MAGISTRAT~~E JUDGE,
UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 NOV 26 P 1:19
CLERK'S OFFICE
AT BALTIMORE
BY ____ DC